In the Matter of the Application of SPENCER S. BULLIS, Appellant, for Discharge of a Judgment of Record.

JAMES R. O'BEIRNE, Respondent.

*Matter of Bullis,* 68 App. Div. 508, affirmed.
(Argued June 11, 1902; decided June 27, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 31, 1902, which affirmed an order of Special Term denying a motion to vacate a judgment.

*Adelbert Moot* and *Charles S. Cary* for appellant.

*C. Walter Artz, Frederic W. Frost* and *Frank Sullivan Smith* for respondent.

Order affirmed, with costs; no opinion.

Concur: GRAY, O'BRIEN, HAIGHT. VANN, CULLEN and WERNER, JJ. Not voting: PARKER, Ch. J.